# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:

658 Ridgewood Road
Maplewood, NJ 07040

December 11, 2019

Honorable Kevin Castel
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

Re: *United States v. Gabriel Guillen*,
    16 Cr 319 (PKC)

> Conference adjourned from December 17, 2019
> to February 5, 2020 at 11:30 a.m.
> SO ORDERED.
> Dated: 12/12/2019
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Dear Judge Castel,

   I am the attorney for Gabriel Guillen, the defendant in the above referenced matter. This case is scheduled for a hearing on a Violation of Supervised Release. The date for that hearing is presently December 17, 2019.

   Mr. Guillen is scheduled to be sentenced on an unrelated case before Judge Kimba Wood. That sentence, which carries with it a mandatory minimum term of incarceration of at least 10 years, should take place after the new year. The court has heard testimony regarding certain factual issues regarding the sentence. Submissions by the parties will be completed during the week of December 16, 2019. I expect that Mr. Guillen will be sentenced on that matter in January. I therefor request that the instant case be adjourned to a date convenient with the court during the first week of February.

   I have spoken to AUSA Olga Zverovich regarding this request, and she consents.

Respectfully Submitted,

Patrick Joyce
Attorney for Defendant Gabriel Guillen