# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040

January 29, 2020

Honorable Kevin Castel
United States District Judge
United States District Court
Southern District of New York
New York, New York 10007

Re: *United States v. Gabriel Guillen,*
    *16 Cr 319 (PKC)*

Hearing
Conference Adjourned
From: Feb. 5, 2020
To: March 16, 2020 at 2:15 p.m.
SO ORDERED
P. KEVIN CASTEL, U.S.D.J.
Date: 1-29-20

Dear Judge Castel,

I am the attorney for Gabriel Guillen, the defendant in the above referenced matter. This case is scheduled for a hearing on a Violation of Supervised Release. The date for that hearing is presently February 5, 2020.

Mr. Guillen is scheduled to be sentenced on an unrelated case before Judge Kimba Wood. That sentence, which carries with it a mandatory minimum term of incarceration of at least 10 years, should take place before the end of February. The court has heard testimony regarding certain factual issues regarding the sentence. Submissions by the parties were completed during the week of December 16, 2019. I expect that Mr. Guillen will be sentenced on that matter sometime next month. I therefore request that the instant case be adjourned to a date convenient with the court during the first week of March.

I have spoken to AUSA Olga Zverovich regarding this request, and she consents.

This is the third time I have requested an adjournment of this case.

Respectfully Submitted,

Patrick Joyce