UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        16-cr-319 (PKC)

        -against-                                   <u>ORDER</u>

Gabriel Guillen,

                            Defendant(s).

------------------------------------------------------------x

CASTEL, U.S.D.J.

        VOSR hearing originally scheduled for March 16, 2020 is adjourned to March 24, 2020 at 12:15 p.m. in Courtroom 11D.

        SO ORDERED.

                                                          *P. Kevin Castel*
                                                 United States District Judge

Dated: New York, New York
           March 2, 2020