# PATRICK J. JOYCE, ESQ.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

**VIA ECF**

March 18, 2020

Honorable Judge Kevin Castel
United States District Court
Southern District of New York
New York, New York 10007

> Conference Adjourned
> From: March 24
> To: May 29 at 2pm
> SO ORDERED:
> P. KEVIN CASTEL, U.S.D.J.
> Date: 3-18-20

Re:  *United States v. Gabriel Guillen*
     <u>16 Cr 319 (PKC)</u>

Dear Judge Castel,

I am the attorney for Gabriel Guillen, the defendant in the above-referenced matter. This matter is scheduled for a hearing on a Violation of Supervised Release. The date for that hearing is presently scheduled for March 24, 2020.

Mr. Guillen was scheduled to be sentenced on an unrelated case before Judge Kimba Wood on Thursday, March 12, 2020. On March 11, 2020, Judge Wood adjourned the sentence *sine die* in an effort to reduce all parties' risk of exposure to COVID-19. That sentence carries with it a mandatory minimum term of incarceration of at least 10 years. The court has heard testimony regarding certain factual issues regarding the sentence and submissions by the parties have been completed. Considering the circumstances surrounding COVID-19, I anticipate that Mr. Guillen will be sentenced on that matter in May 2020. I therefore request that the instant case be adjourned to a date convenient with the court during the last week of May.

I have spoken to AUSA Olga Zverovich regarding this request, and she consents.

Respectfully submitted,

/s/
Patrick Joyce
Attorney for Defendant Gabriel Guillen

CC:   Olga Zverovich, AUSA (via ECF)