UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

          -against-

GABRIEL GUILLEN,

          Defendant(s).
-------------------------------------------------------x

16 CR 319 (PKC)

ORDER

CASTEL, U.S.D.J.

Under the provisions of the Standing Order of Chief Judge McMahon of March 17, 2020, (M10-468 (20-mc-163)), all further proceedings on the alleged violation of supervised release by Gabriel Guillen are adjourned pending further Order.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 19, 2020