UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                           16-cr-319 (PKC)

       -against-

                                                                           ORDER

GABRIEL GUILLEN

                         Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The proceeding in this matter scheduled for 11:00 a.m. on January 13, 2021 will take place as a video/teleconference using the CourtCall platform.  As requested, defense counsel will be given an opportunity to speak with defendant by telephone for fifteen minutes before the proceeding begins (i.e., at 10:45 a.m.).  Defense counsel should make sure to answer a call received at the telephone number, which was previously provided to Chambers, at that time in order to confer with defendant.  Chambers will provide defense counsel with a telephone number for the interpreter who will be available at the time of the pre-conference.  However, it is defense counsel's responsibility to conference the interpreter in with defendant for the pre-conference.

        To optimize the quality of the video feed, only the Court, defendant, defense counsel, and counsel for the Government will appear by video for each proceeding; all other participants will participate by telephone.  Due to the limited capacity of the CourtCall system, only one counsel per party may participate. Co-counsel, members of the press, and the public may access the audio feed of the conference with the following information:

      Call-In:  (855) 268-7844
      Access Code: 32091812#
      PIN:   9921299#

  In advance of the conference, Chambers will email the parties with further information on how to access the conference. Those participating by video will be provided a link to be pasted into their browser. **The link is non-transferrable and can be used by only one person**; further, it should be used **only** at the time of the conference because using it earlier could result in disruptions to other proceedings.

  To optimize the performance of the CourtCall technology, all those participating by video should:

1. Use the most recent version of Firefox, Chrome, or Safari as their web browser. Do **not** use Internet Explorer.

2. Use hard-wired internet or WiFi. If using WiFi, the device should be positioned as close to the Wi-Fi router as possible to ensure a strong signal. (Weak signals may cause delays or dropped feeds.)

3. Minimize the number of others using the same WiFi router during the conference.

Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

  SO ORDERED.

Dated: January 6, 2021
   New York, New York

                _P. Kevin Castel_
                P. Kevin Castel
               United States District Judge